Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  18−30106−JKS
           Chapter:  13
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan A. Rodriguez
   113 77th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−9363

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/31/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 31, 2018
JAN: zlh

                                                   Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-30106-JKS
Juan A. Rodriguez                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 31, 2018
                              Form ID: 148         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db          +Juan A. Rodriguez,    113 77th Street,    North Bergen, NJ 07047-5826
517804322   +Bank of America, NA,    Attn Zucker & Goldberg,    200 Sheffield Street,    Suite 1010,
              Mountainside, NJ 07092-2314
517804324   +Green Tree Servcing, LLC,    Cherl A. Collins,    Chief Financial Officer & Senior VP,
              3000 Bayport Drive,    Tampa, EL 33607-8402
517804326   +Hudson County Sheriff,    Writ of Execution Unit,    595 Newark Avenue,
              Jersey City, NJ 07306-2394
517804327   +KML Law Group,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517804328   +KML Law Group. P.C.,    216 Haddon Avenue Ste 406,    Collingswood, NJ 08108-2812
517804329   +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 23:56:27     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 23:56:25      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517804325   +EDI: RMSC.COM Nov 01 2018 03:28:00      Green Tree Servicing LLC,    7360 S. Kyrene Road,
              Tempe, AZ 85283-8432
517807188   +EDI: RMSC.COM Nov 01 2018 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517804323   ##+Einstein & Associatess,    20 Vesey Street,    Suite 1406,    New York, NY 10007-4217
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee, et
               al. rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```